UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CRIMINAL NO. 1:15-mj-02062-MBB |
| ) | |
| IFTIKAR AHMED, ) | |
| *Defendant* ) | |

**DEFENDANT'S ASSENTED-TO MOTION
TO MODIFY CONDITIONS OF RELEASE**

Defendant Iftikar Ahmed ("Ahmed") hereby respectfully moves to modify his conditions of release to permit him to travel to New York, New York, on May 8, 2015, for a scheduled appointment with his doctor at the Weill Cornell Medical Center.

In support of this motion, Ahmed states that he was arrested in this case on April 2, 2015, and was released on conditions on the same date (Dkt. No. 8, Case No. 3:15-mj-00052-WIG (D. Conn. Apr. 2, 2015)). At the initial appearance on April 21, 2015, this Court generally continued the conditions of release but imposed somewhat stricter limitations on permitted travel (Dkt. No. 19). Condition 7(f) now prohibits Ahmed from traveling outside of Connecticut, where he lives with his family, except for travel to Massachusetts for court appearances or meetings with counsel or New York City for meetings with counsel. Ahmed has complied fully with all of the release conditions since he was released approximately four weeks ago.

Ahmed was diagnosed with cancer in 2013 and underwent surgery and radiation treatment. As a result, he must undergo regular medical evaluations and tests as ordered by his doctor, Dr. William Kuhel, Director of the Head and Neck Service in the Department of Otorhinolaryngology at New York Presbyterian Hospital, Weill Cornell Medical Center. Dr. Kuhel, whose office is located at 1305 York Avenue, New York, New York 10021, often orders MRI or CAT Scan tests for Ahmed during or following scheduled appointments.

B4385966.1

---

Accordingly, Ahmed respectfully requests leave of the Court to travel to New York, New York, on May 8, 2015, for an 8:00 a.m. appointment with Dr. Kuhel, which was scheduled prior to his arrest on April 2, 2015, and to undertake any tests that may be ordered by Dr. Kuhel before returning to Greenwich, Connecticut, on the same day.

Ahmed has communicated with Probation Officer Jessica Zapata, who does not object to this proposed modification of the release conditions to allow him to attend his May 8, 2015, doctor's appointment. Defense counsel has communicated with Assistant U.S. Attorney Sarah Walters, who also assents to the allowance of this motion.

Respectfully submitted,

**IFTIKAR AHMED**

By his attorneys,

*/s/ Daniel N. Marx*
Martin Klotz
Stuart R. Lombardi
Willkie Farr & Gallagher LLP
787 Seventh Avenue
New York, NY 10019
(212) 728-8000
mklotz@willkie.com
slombardi@willkie.com

Daniel N. Marx
Lisa C. Wood
Foley Hoag LLP
155 Seaport Boulevard
Boston, MA 02210
(617) 832-1202
dmarx@foleyhoag.com
lwood@foleyhoag.com

DATED: April 30, 2015

## CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.1(a)(2)

I, Daniel N. Marx, Esq., hereby certify that defense counsel conferred with counsel for the government, and AUSA Sarah Walters consented to the allowance of this motion.

                                               */s/ Daniel N. Marx*
                                               Daniel N. Marx
                                               Attorney for Iftikar Ahmed

## CERTIFICATE OF SERVICE

I, Daniel N. Marx, Esq., hereby certify that on this 30th day of April 2015, the foregoing document, filed through the ECF system, was served electronically on the registered participants as identified on the notice of the electronic filing, and will be served by U.S. mail, postage prepaid, to those indicated as non-registered participants.  Copies of this document were also sent by e-mail to Probation Officers Jessica Zapata and Susan Walls.

                                               */s/ Daniel N. Marx*
                                               Daniel N. Marx
                                               Attorney for Iftikar Ahmed